**COURT OF APPEAL, THIRD CIRCUIT**
**P.O. Box 16577**
**Lake Charles LA 70616**
**(337) 433-9403**

# NOT  DESIGNATED  FOR  PUBLICATION

Jeffery Lynn Jones
David Wade Corr. Center DOC No. 727943
670 Bell Hill Rd. H3B
Homer La 71040

| |
|---|
| Judgment on rehearing rendered and mailed to all parties or counsel of record on January 15, 2025 |

**REHEARING ACTION: January 15, 2025**

**Docket Number: 24   00280-KH**

**STATE OF LOUISIANA**
**VERSUS**
**JEFFERY LYNN JONES**

**Writ Application from Rapides Parish Case No. 330,873**

<u>**BEFORE JUDGES**</u>**:**

   **Hon. Candyce G. Perret**
   **Hon. Gary J. Ortego**
   **Hon. Ledricka J. Thierry**

As counsel of record in the captioned case, you are hereby notified that the ruling on the

application for rehearing filed by **Jeffery Lynn Jones** is:

   <u>**REHEARING DENIED.**</u>  *See* Uniform Rules—Courts of Appeal,
   Rule 2-18.7.

cc: Hon. Phillip Terrell, Jr., Counsel for  the Respondent